JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSMANN JUSTILIEN,<br><br>        Petitioner,<br><br>      vs.<br><br>BOARD OF PAROLE HEARINGS,<br><br>        Respondent. | Case No. CV11-3833-JAK (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: July 21, 2011

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1